ANDREW R. LIVINGSTON (SBN 148646)
ALEXANDRA H. STATHOPOULOS (SBN 286681)
ALEXANDRA E. HEIFETZ (SBN 301002)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1-415-773-5700
Facsimile:    +1-415-773-5759
Email:        alivingston@orrick.com
Email:        aheifetz@orrick.com

Attorneys for Defendant
SEPHORA USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA DURAN, an individual, for herself and those similarly situated; DOES 1 through 30,000; and the Putative Class,<br><br>Plaintiff,<br><br>v.<br><br>SEPHORA USA, INC., a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 4:17-CV-1261-WHO<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** |

Pursuant to Civil L.R. 3-13, Defendant Sephora USA, Inc. ("Sephora") hereby notifies the Court of the following actions pending in California Superior Court and United States District Court:

*Alyssa Burnthorne-Martinez v. Sephora USA, Inc.*, Case No. CGC-16-55089 was originally filed on March 10, 2016 in San Francisco Superior Court. The case is a putative class action and has been designated as Complex. The case is currently pending before the Honorable Curtis Karnow in Department 304. Plaintiff Burnthorne-Martinez alleges wage and hour violations under California statutes on behalf of herself and a proposed class of all non-exempt Leads at Sephora retail stores in California since March 10, 2012.

*Rose Provencio v. Sephora USA, Inc.*, Case No. 16-cv-294112, was originally filed on April 20, 2016 in Santa Clara County Superior Court. The case is a putative class action and has been designated as Complex. The case is currently pending before the Honorable Peter Kirwan in Department 1, but it will likely be coordinated with Martinez and reassigned to Judge Karnow, as discussed below. Plaintiff Provencio alleges wage and hour violations under California statutes on behalf of herself and a proposed class of all non-exempt Beauty Consultants at Sephora retail stores in California since April 10, 2012.

*Hernandez v. Sephora*, 16-cv-05392-WHO, is a purported class action filed on September 20, 2016 in the Northern District of California and has been assigned to the Honorable William H. Orrick. Plaintiffs originally brought an overtime claim under the FLSA on behalf of all non-exempt retail employees nationwide since September 20, 2013 and state wage and hour claims similar to *Provencio* and *Martinez* on behalf of all non-exempt retail employees in California since September 20, 2012. Plaintiffs dismissed their state-law claims and on February 9, 2016, refiled those claims in San Francisco Superior Court in a separate proceeding, *Hernandez v. Sephora*, CGC-17-557031. Now, the federal *Hernandez* case consists solely of a nation-wide FLSA claim based on identical allegations as the state *Hernandez* case.

Counsel for Plaintiffs in *Martinez* and *Provencio* have petitioned the Judicial Council to coordinate the two matters in front of Judge Karnow in San Francisco Superior Court. On March 3, 2017, a coordination hearing was held before Judge Karnow, and he stated that he will

1  recommend coordination of *Provencio* and *Martinez* to the Judicial Council.  Although the state
2  *Hernandez* case was not part of the application for judicial coordination (as it was not yet filed in
3  state court when the application for judicial coordination was submitted), Judge Karnow has
4  indicated that once the coordinated actions are before him, it should not be difficult procedurally
5  to add another case or case(s).

6      In the present case, Plaintiff brings wage and hour claims under California statutes for
7  unpaid wages, wage statement violations, pay card violations, as well as derivative UCL claims
8  under California law, on behalf of all non-exempt retail employees in California since March 9,
9  2013. These claims overlap substantively and temporally with the claims and putative classes
10 alleged in the *Martinez*, *Provencio*, and *Hernandez* cases.

Dated:  April 14, 2017

ANDREW R. LIVINGSTON
Orrick, Herrington & Sutcliffe LLP

By:     */s/ Andrew R. Livingston*
    ANDREW R. LIVINGSTON
    Attorneys for Defendant
    SEPHORA USA, INC.