# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA DURAN, an individual, for herself and those similarly situated; ROES 1 through 30,000; and the Putative Class,<br><br>Plaintiffs,<br><br>vs.<br><br>SEPHORA USA, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO: 3:17-cv-01261-WHO<br>Action filed: 3/9/2017<br>Assigned to: Judge William H. Orrick<br><br>CLASS ACTION<br><br>**ORDER EXTENDING BRIEFING DEADLINES** |

Pursuant to the Stipulation of the parties, and good cause appearing, it is hereby ordered:

1. The time for Plaintiff Jessica Duran to file her responsive brief to Defendant's Motion to Dismiss is extended by seven days from July 7, 2017 to July 14, 2017;

2. The time for Defendant Sephora USA, Inc. to file its reply brief is extended by three days from July 21, 2017 to July 24, 2017.

3. The hearing date of August 16, 2017 remains unchanged.

IT IS SO ORDERED.

Dated: July 5, 2017  _____
JUDGE OF THE UNITED STATES DISTRICT COURT

---

1

**ORDER EXTENDING TIME FOR RESPONSE TO MOTION TO DISMISS**